**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: T.M.M.C., A MINOR

PETITION OF: K.C.C., FATHER

: No. 934 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 3rd day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.